IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00549-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE CHAPAS-MELENDEZ,

    Defendant.

_____

## ORDER SETTING TRIAL DATE

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **January 13, 2006,** and responses to these motions shall be filed by **January 25, 2006.** It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **February 24, 2006, at 3:00 p.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a two-day jury trial is set for **March 6, 2006.**

DATED December 30, 2005.

          BY THE COURT:
          *s/ Phillip S. FIga*

          _____
          Phillip S. Figa
          United States District Judge