IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00549-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE CHAPAS-MELENDEZ,

    Defendant.

## ORDER TO SET HEARING ON MOTION TO WITHDRAW

This matter is before the Court on defendant's Motion to Allow Counsel To Withdraw and To Appoint Other Counsel (Dkt. # 13).  It is hereby

ORDERED that all counsel shall appear before this Court on **February 10, 2006 at 9:00 a.m.** for a hearing on this motion.  Defendant Chapas-Melendez shall <u>appear in person</u>.

DATED: February 3, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge