IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00549-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE CHAPAS-MELENDEZ,

    Defendant.

---

**ORDER GRANTING SECOND CONTINUANCE OF MOTIONS DEADLINE
AND SECOND CONTINUANCE OF TRIAL DATE**

---

This matter is before the Court on defendant's Second Motion to Continue the Deadline for Filing Pretrial Motions and Motion to Continue Trial (Dkt. # 18).  For the reasons set forth in defense's motion requesting a continuance of the trial date, the Court finds pursuant to 18 U.S.C. § 3161(h)(8)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial.  It is, therefore,

ORDERED that the pretrial motions deadline is extended to **April 24, 2006** and responses to these motions shall be filed by **May 5, 2006.**  It is

FURTHER ORDERED that the final trial preparation conference set for March 31, 2006 is CONTINUED to **June 1, 2006 at 8:30 a.m.**, and the two-day jury trial set for April 10, 2006 is CONTINUED to **June 12, 2006 at 9:00 a.m.**

No further extensions will be granted absent extraordinary circumstances.

DATED: March 22, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge